12/20/21

Perry Roark #53925-032
United States Penitentiary
P.O. Box 8500 ADX/MAX
Florence, CO. 81226

Clerk of United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

Criminal Case No. # 1:11-cr-00547-RDB-1

Dear Sir or Madam,

I am writing in respect to the docket sheet in the above criminal case no. I am currently reviewing my case for future litigation and am in need of a docket sheet. Please send me a copy at your earliest convenience. If I need to pay for this material please inform me of the cost and how to pay and where to send the money.

Thank you!

Respectfully,

Perry Roark

DEC 29 2021
CLERK US DISTRICT COURT
DISTRICT OF MARYLAND